IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNATHAN PEREZ                                                              PLAINTIFF
ADC #170678

v.                    No. 3:20-cv-375-DPM-JJV

BURSE, Officer, Mississippi County Jail;
JONATHAN SPRINGER, Officer,
Mississippi County Jail; ASHLEY, Officer,
Mississippi County Jail; and SAYRE,
Officer, Mississippi County Jail                                            DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 6*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Perez's complaint will be dismissed without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2021