IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNATHAN PEREZ                                                      PLAINTIFF
ADC #170678

v.                    No. 3:20-cv-375-DPM-JJV

BURSE, Officer, Mississippi County Jail;
JONATHAN SPRINGER, Officer,
Mississippi County Jail; ASHLEY, Officer,
Mississippi County Jail; and SAYRE,
Officer, Mississippi County Jail                                     DEFENDANTS

## JUDGMENT

Perez's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2021